**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00394-CV**
_____

**IN RE CONTINENTAL TANK LINES, L.L.C. AND ERIC ALDAPE**

**Original Proceeding**
**60th District Court of Jefferson County, Texas**
**Trial Cause No. B-210546**

**MEMORANDUM OPINION**

Relators Continental Tank Lines, L.L.C. and Eric Aldape filed a mandamus petition to compel the trial court to vacate the trial court's order rescinding bifurcation of the trial in Trial Cause Number B-210546. We temporarily stayed the trial and requested responses from the Real Parties in Interest, Pauline Jacobo and Delia Serna. On October 28, 2025, the trial court signed an order withdrawing and dissolving any ruling rescinding the trial court's December 14, 2022, order granting a motion for a bifurcated trial, and reinstating the order granting a motion for bifurcated trial. Before we issued an opinion, Relators and Jacobo filed motions to

dismiss the mandamus petition as moot. We grant the motions, lift our stay order of October 20, 2025, and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on November 19, 2025
Opinion Delivered November 20, 2025

Before Johnson, Wright and Chambers, JJ.

2